UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X        O R D E R
ELIZABETH MC NEIL,

                    Plaintiff,         CV-06-4580 (FB )

     -against-

BAUSH & LOMB INCORPORATED,

                    Defendants.
------------------------------X

     An initial conference will be held in the above-captioned case
on December 13, 2006 at NOON, before the Honorable Joan M. Azrack,
United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza
East, Brooklyn, New York.   In the event the complaint is answered
before the above date and you would prefer a conference sooner, of
if this case becomes eligible for Arbitration, please contact
Magistrate Azrack's chambers at **718-613-2530**.   All counsel must be
present.

     **Plaintiff's counsel is requested to confirm that all necessary
participants are aware of this conference**.   No request for
adjournment will be considered unless made at least forty-eight
(48) hours before the scheduled conference.

     SO ORDERED.

Dated: Brooklyn, New York
       August 31, 2006

                              _____
                                   JOAN M. AZRACK
                              UNITED STATES MAGISTRATE JUDGE